UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>Tyrone Moore<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 17-36042<br><br>Chapter: 13<br>Honorable Jack Schmetterer |

**Order on Motion to Obtain Credit and Incur Debt and Shorten Notice**

THIS CAUSE COMING TO BE HEARD on the Debtors' Motion to incur debt and shorten notice, all parties present or represented by counsel, and the Court being fully advised in the premises; due notice being given:

WHEREFORE, IT IS HEREBY ORDERED AS FOLLOWS

Debtor is permitted to purchase a 2016 Jeep Patriot, or substantially similar vehicle, by financing an amount not to exceed $15,334.08, with an interest rate not to exceed 19.99%, for a term of 60 months with monthly payments not to exceed $406.17.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: April 24, 2019