**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Tyrone Moore** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2186** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed in chapter **13**   **12/4/17** |
| Case number:   **17–36042** | | Date case converted to chapter **7**   **6/17/19** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tyrone Moore | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 309 E. 77th Street <br> Chicago, IL 60619 | |
| 4. | **Debtor's attorney** <br> Name and address | David M Siegel <br> David M. Siegel & Associates <br> 790 Chaddick Drive <br> Wheeling, IL 60090 | Contact phone 847 520–8100 <br> Email:  davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Phillip D Levey ESQ <br> 2722 North Racine Avenue <br> Chicago, IL 60614 | Contact phone 773 348–9682 <br> Email: levey47@hotmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

Debtor **Tyrone Moore**                        Case number **17–36042**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division <br> 219 S Dearborn <br> 7th Floor <br> Chicago, IL 60604 | Hours open: <br> 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br><br> Contact phone 1–866–222–8029 <br><br> Date: 6/20/19 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 29, 2019 at 03:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: <br><br> **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/27/19** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page **2**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 17-36042-JBS
Tyrone Moore                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ckeith              Page 1 of 2              Date Rcvd: Jun 20, 2019
                              Form ID: 309A             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
db             +Tyrone Moore,    309 E. 77th Street,    Chicago, IL 60619-2423
26255477       +City of Chicago Department of Finan,    PO Box 6330,    Chicago, IL 60680-6330
26255478       +City of Chicago Parking,    121 N La Salle, Rm 107a,    Chicago, IL 60602-1232
26255481       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
26255482       +Illinois Secretary of State,    Director of Driver Services,    2701 S. Dirksen Pkwy,
                 Springfield, IL 62723-1000
26255485       +Peoples Gas,    130 East Randolph Street,    Chicago, IL 60601-6207
26255487       +Santander Consumer USA,    PO BOX 961288,    Fort Worth, TX 76161-0288
26334184        U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA   17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: davidsiegelbk@gmail.com Jun 21 2019 01:16:31      David M Siegel,
                 David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL   60090
tr             +EDI: QPDLEVEY.COM Jun 21 2019 04:58:00      Phillip D Levey, ESQ,    2722 North Racine Avenue,
                 Chicago, IL 60614-1206
26255475       +EDI: RMCB.COM Jun 21 2019 04:58:00      Amca,    2269 S Saw Mill,    Elmsford, NY 10523-3832
26255476       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jun 21 2019 01:18:44       Armor Systems Co,
                 1700 Kiefer Drive Suite 1,    Zion, IL 60099-5105
26272201       +EDI: AISACG.COM Jun 21 2019 04:58:00      Attn: Wollemi Acquisitions, LLC Department,
                 AIS Portfolio Services, LP,    Account: XXXX9240,    P.O. Box 165028,    Irving, TX 75016-5028
26257754       +EDI: PHINHARRIS Jun 21 2019 04:58:00      City of Chicago Department of Finance,
                 c/o Arnold Scott Harris P.C.,    111 W. Jackson Ste. 600,    Chicago, IL 60604-3517
26255479        EDI: DIRECTV.COM Jun 21 2019 04:58:00      Direct TV,    P.O. Box 9001069,
                 Louisville, KY 40200-1069
26255483       +EDI: IRS.COM Jun 21 2019 04:58:00      IRS,    P.O. BOX 7346,    Philadelphia, PA 19101-7346
26255484       +EDI: MID8.COM Jun 21 2019 04:58:00      Midland Funding,    8875 Aero Drive,    Suite 200,
                 San Diego, CA 92123-2255
26255486       +EDI: CBSPLS.COM Jun 21 2019 04:58:00      PLS Financial Solutions of Illinois,
                 1215 E. 87th Street,    Chicago, IL 60619-7013
26255489        EDI: TFSR.COM Jun 21 2019 04:58:00      Toyota Motor Credit Corp,    19001 S. Western Ave.,
                 Torrance, CA 90509
26310983       +EDI: CBSPLS.COM Jun 21 2019 04:58:00      The Payday Loan Store,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
26263827       +EDI: AISACG.COM Jun 21 2019 04:58:00      Wollemi Acquisitions, LLC,
                 AIS Portfolio Services, LP,    P.O. Box 165028,    Irving, TX 75016-5028
26329404       +EDI: AISACG.COM Jun 21 2019 04:58:00      Wollemi Acquisitions, LLC,    AIS Portfolio Services LP,
                 4515 N Santa Fe Ave., Dept. APS,    Oklahoma City, OK 73118-7901
26255480       +EDI: ESSL.COM Jun 21 2019 04:58:00      dish network,    9601 S Meridian Blvd,
                 Englewood, CO 80112-5905
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26255488        Smartpay Lease,    PO Box 626,    CA 94101
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:
              David M Siegel   on behalf of Debtor 1 Tyrone  Moore davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    levey47@hotmail.com,   plevey@ecf.axosfs.com

```
District/off: 0752-1           User: ckeith              Page 2 of 2            Date Rcvd: Jun 20, 2019
                               Form ID: 309A             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 3